■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD TADDEO, Appellant. — Judgment of the County Court, Suffolk County (Weissman, J.), rendered March 27, 1981, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Weinstein, O'Connor and Boyers, JJ., concur.